IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEHIGH RIVERPORT REALTY, L.P., <br><br> Plaintiff, <br><br> v. <br><br> UNITY BANK, <br><br> Defendant. | CIVIL ACTION <br> NO. 15-3179 |

## ORDER

**AND NOW**, this 8th day of June, 2016, upon consideration of Defendant's Motion to Dismiss (Doc. #4), and all supporting and opposing papers, and after argument held, it is hereby **ORDERED** that the Motion is **GRANTED** and the complaint is **DISMISSED WITH PREJUDICE**.

                                                                  **BY THE COURT:**

                                                                   **/s/ Jeffrey L. Schmehl**
                                                                   Jeffrey L. Schmehl, J.